FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 14  P 4: 13

AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| NUTRAMAX LABORATORIES, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIV. NO.: CCB 00 CV 3680 |
| ) | |
| LON-GEV, L.L.C. ) | |
| ) | |
| Defendant ) | |

_____FILED _____ENTERED
_____LODGED _____RECEIVED

AUG 28 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
            DEPUTY

### JUDGMENT BY DEFAULT

Upon consideration of the Motion for Default Judgment filed by Nutramax Laboratories, Inc. ("Nutramax"), plaintiff, and the Declaration of Non-Military Service, and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, it appears that the Complaint in the above-captioned action was filed in this Court on December 20, 2001, that the Summons and Complaint were duly served on Lon-Gev, LLC ("Lon-gev"), defendant, on March 30, 2001, that Nutramax filed and served upon Lon-Gev a First Amended Complaint on June 15, 2001, and that Lon-Gev has not filed an Answer or any other defense. Nutramax requested entry of default on August 2, 2001 and default was entered by the Clerk of Court on the 3rd day of August, 2001. Lon-Gev has not taken any proceedings since default was entered. Accordingly, it is this 28 day of AUGUST, 2001, hereby ORDERED, ADJUDGED, and DECREED that:

A.  Lon-Gev, its officers, agents, servants, employees, and attorneys, and those in active concert or participation with them who receive actual notice of this order by personal service or otherwise, are hereby PERAMANENTLY ENJOINED from using the names "Golf-Cosamine", "Pet-

Cosamine", "Ski-Cosamine", and "Sport-Cosamine" in connection with their goods and services, or otherwise infringing the federally registered mark of Nutramax, bearing U.S. Reg. No. 1,778,630.

B. Lon-Gev is hereby ORDERED to deliver to Nutramax for immediate destruction all documents, goods, or other materials bearing the names "Golf-Cosamine", "Pet-Cosamine", "Ski-Cosamine", and "Sport-Cosamine".

C. The United States Patent and Trademark Office is hereby ORDERED to REFUSE Lon-Gev's applications for registration of the marks "Golf-Cosamine" (Serial Number 76-065,726) "Pet-Cosamine" (Serial Number 78-014,680), "Ski-Cosamine" (Serial Number 78-014,655), and "Sport-Cosamine" (Serial Number 78-014,683).

_____
The Honorable Catherine C. Blake
Judge, United States District Court for the
District of Maryland (Northern Division)